United States Bankruptcy Court
District of Arizona

In re:  
TIMOTHY P O'HARE  
    Debtor(s)

Case No. 19-11137-BMW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 05, 2021      Form ID: 318      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TIMOTHY P O'HARE, 4950 LONG PIER LANE, UNIT 103, RALEIGH, NC 27610-7729 |
| aty | + | JEANNINE M. FARINO, RIVKIN RADLER LLP, 926 RXR PLAZA, UNIONDALE, NY 11556-3823 |
| 15838826 | + | Bethpage Federal Credit Union, c/o Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-0926 |
| 15743202 | + | Student Loan Service C, 5 University Pl, Rensselaer NY 12144-3440 |
| 15743205 | + | Teachers Federal Credit Union, Attn: Bankruptcy, Po Box 9005, Smithtown NY 11787-9005 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QCFLORES.COM | Jan 06 2021 04:13:00 | CONSTANTINO FLORES, PO BOX 95080, PHOENIX, AZ 85070-5080 |
| smg | | EDI: AZDEPREV.COM | Jan 06 2021 04:13:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 15786488 | | EDI: BECKLEE.COM | Jan 06 2021 04:13:00 | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 15743184 | + | EDI: AMEREXPR.COM | Jan 06 2021 04:13:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 15743185 | + | Email/Text: bankruptcynotices@bethpagefcu.com | Jan 06 2021 00:47:00 | Bethpage FCU, Attn: Bankruptcy Department, 899 S. Oyster Bay Rd, Bethpage NY 11714-1031 |
| 15743186 | + | EDI: CAPITALONE.COM | Jan 06 2021 04:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15765761 | | EDI: CAPITALONE.COM | Jan 06 2021 04:13:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15743188 | + | EDI: CITICORP.COM | Jan 06 2021 04:13:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis MO 63179-0034 |
| 15743189 | + | EDI: CITICORP.COM | Jan 06 2021 04:13:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis MO 63179-0034 |
| 15743190 | + | EDI: CITICORP.COM | Jan 06 2021 04:13:00 | Citibank/Exxon Mobile, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis MO 63179-0034 |
| 15743191 | + | EDI: CITICORP.COM | Jan 06 2021 04:13:00 | Citibank/Shell Oil, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis MO 63179-0034 |
| 15743192 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2021 00:32:40 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 15743193 | + | Email/Text: cuwestbk@cuwest.org | Jan 06 2021 00:49:00 | Credit Union West, Attn: Bankruptcy, Po Box 7600, Glendale AZ 85312-7600 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15743196 | | EDI: DISCOVER.COM | Jan 06 2021 04:13:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington DE 19850 |
| 15743195 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 06 2021 00:49:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln NE 68501-2505 |
| 15750519 | | EDI: DISCOVER.COM | Jan 06 2021 04:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15743187 | | EDI: JPMORGANCHASE | Jan 06 2021 04:13:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 15756286 | + | EDI: NFCU.COM | Jan 06 2021 04:13:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD VA 22119-3000 |
| 15743197 | + | EDI: NAVIENTFKASMSERV.COM | Jan 06 2021 04:13:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre PA 18773-9640 |
| 15743198 | + | EDI: NAVIENTFKASMSERV.COM | Jan 06 2021 04:13:00 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr PA 18773-9500 |
| 15743199 | + | EDI: NAVIENTFKASMSERV.COM | Jan 06 2021 04:13:00 | Naviet, Po Box 9500, Wilkes Barre PA 18773-9500 |
| 15743200 | + | EDI: NFCU.COM | Jan 06 2021 04:13:00 | Navy FCU, Attn: Bankruptcy Dept, Po Box 3000, Merrifield VA 22119-3000 |
| 15743203 | + | EDI: RMSC.COM | Jan 06 2021 04:13:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando FL 32896-0001 |
| 15808880 | + | Email/Text: bncmail@w-legal.com | Jan 06 2021 00:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15743204 | + | EDI: WTRRNBANK.COM | Jan 06 2021 04:13:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis MN 55440-9475 |
| 15776415 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 06 2021 00:49:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 15743206 | + | EDI: WFFC.COM | Jan 06 2021 04:13:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines IA 50328-0001 |
| 15814792 | | EDI: WFFC.COM | Jan 06 2021 04:13:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15743201 | | Student |
| 15743194 | | creditors |
| intp | *+ | Bethpage Federal Credit Union, c/o Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-0926 |
| 16274327 | *+ | Bethpage Federal Credit Union, c/o Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-0926 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CONSTANTINO FLORES | trusteeflores@floreslawaz.com  cflores@ecf.axosfs.com |
| J'NAIA L. BOYD | on behalf of Interested Party Bethpage Federal Credit Union J'Naia.Boyd@rivkin.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor TIMOTHY P O'HARE documents@phxfreshstart.com  tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

| Information to identify the case: | |
|---|---|
| Debtor 1: **TIMOTHY P O'HARE** | Social Security number or ITIN: xxx–xx–0919 |
| First Name Middle Name Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): | Social Security number or ITIN: _ _ _ _ |
| First Name Middle Name Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Arizona** | |
| Case number: **2:19–bk–11137–BMW** | |

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

TIMOTHY P O'HARE

<u>1/5/21</u>   **By the court:** <u>Brenda Moody Whinery</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318        **Order of Discharge**        page 1

Case 2:19-bk-11137-BMW   Doc 46   Filed 01/05/21   Entered 01/07/21 23:09:55   Desc
Imaged Certificate of Notice   Page 4 of 5

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**